### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HELENA van der ZOUWEN-KREIJNE, et al., | * |
| Plaintiffs | * |
| v. | *     Case No. AMD-02-CV55 |
| STEVEN BRICE ADKINS, | * |
| Defendant | *     MAR 0 6 2002 |

\*  \*  \*  \*  \*  \*  \*  \*  \*

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

### JOINT NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER OF SATISFACTION

The parties, by their undersigned counsel, hereby stipulate to the dismissal of all claims against the Defendant, with prejudice. Please enter this matter as "Agreed, Settled, Satisfied, and Dismissed with Prejudice".

_____
Nicholas S. Nunzio, Esquire #6650

_____
John G. Harnishfeger, Esquire
Cadeaux & Taglieri, P.C.
1100 Connecticut Ave., N.W.
(202) 785-3373

Attorneys for the Plaintiffs

_____
Frank F. Daily
The Law Offices of Frank F. Daily, P.A.
Suite 704, Executive Plaza III
11350 McCormick Road
Hunt Valley, MD 21031
(410) 584-9443

Attorney for the Defendant

APPROVED 3/6/2002